RECEIVED

APR 2 0 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Case No. {     }

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

**ABDURAQEEB JOSEPH WHITE,**
Plaintiff,

**4:26-CV-00575 MTS**

**PETER KINDER,** in his official capacity as Chair of the Missouri Republican State Committee,
Defendant,

## MOTION TO PREVENT CANDIDATE OBSTRUCTION TO OBTAIN 119TH CONGRESSIONAL FIRST DISTRICT Mo 1 2026 ELECTION BALLOT
## PURSUANT TO 24TH U.S CONSTITUTION AMENDMENT (1964)

1

4/16/2026

# TABLE OF CONTENTS

TABLE OF AUTHORITIES_____ ii

JURISDICTION STATEMENT_____1

SUMMARY OF FACTS_____ 2

CASE PARALLEL_____ 3

ALLEGATIONS_____ 4

REQUEST FOR RELIEF_____ 5

4/16/2026

# TABLE OF AUTHORITIES

CASES_____PAGES

*[BULLOCK V. CARTER]_____PAGE 6*

*[24TH CONSTITUTIONAL AMENDMENT]_____ PAGE 6*

*[42 U.S.C. SECTION 1983]_____ PAGE6*

*[HARPER V. VIRGINIA BOARD OF EDUCATION]_____ PAGE 6*

*[HARMON V. FORSSENIUS]_____ PAGE 6*

3

## JURISDICTION AND VENUE

1.  This action arises under the laws of the United States governing federal elections, including the Federal Election Campaign Act (52 U.S.C. section 30 101 et seq.) and under 42 U.S.C. section 1983 for deprivation of Rights secured by federal law

2.  This Court has subject-matter jurisdiction under 28 U.S.C. section 1331 because claims present federal questions concerning interference with access to a federal ballot and obstruction of a federally regulated candidacy process.

3.  This Court has supplemented jurisdiction under 28 U.S.C. section 1367 over related state-law claims arising from the Missouri statutory framework governing candidate filing for office.

4.  Venue is proper in the Eastern District of Missouri under 28 U.S.C. section 1391 (b) because the events giving rise to the claims occurred within this District, and the defendant, acting in his official capacity, administered the statutory Venue filing-fee process within this District.

4

4/16/2026

## SUMMARY OF THE FACTS

I AbduRaqeeb Joseph White, prospective Republican candidate for Missouri's 119th Congressional First District, is raising concerns about procedural barriers that has prevented me from accessing the filing process.

1. I have attempted to pay the Unconstitutional barrier place to prevent my access to the 119th ballot.  On February 27th,2026 traveled to 508 offices at Mulberry, Jefferson City, Mo. To pay the unconstitutional fee to no avail office was closed.

2. On the same day I emailed the Missouri State Republican Committee of my intent to travel to Jefferson City again with an appointment request but No response.

3. I have contacted the Federal Election Commission on 02/27/2026 but was not given a date in which to return to Jefferson City, Mo to make the transaction

4. In addition to those attempts, I would like to note that in 2024 Congressional Run Year for the 118th Congressional First District Mo. Andrew Jones ran for the Congressional First District Missouri Republican.

5

4/16/2026

## Case Parallel

*24th Constitutional Amendment Ratified January 23, 1964 prohibited poll tax requirements for voting and candidate's requirement.*

*Harper v. Virginia Board of Education 383 U.S. 663 Supreme Court case that declared Poll Tax unconstitutional.*

*Bullock V. Carter 405 U.S. 134 (1972) U.S. Supreme Court declared Texas high primary filing fees-unconstitutional under Equal Protection Clause. The court ruled that required fees are unreasonable based on wealth.*

*Harmon v. Forssenius  380 U.S. 528 (1965) U.S. Supreme Court case that unanimously (9-0)declared Virginia's substitute for the poll tax unconstitutional.*

*42 U.S.C 1983 deprivation by obstruction of appointment to meet, obstruction of by showing 2024 congressional ballot showed Christian Andrew Jones, deprivation by ignoring my Form 2 of Committee my committee*

6

4/16/2026

## Allegations

1. Plaintiff is a qualified individual seeking access to the process described in the Case Parallel section.

2. The governing rules required the responsible officials to perform the mandatory steps identified in the Case Parallel section.

3. Plaintiff complied with all prerequisites necessary to initiate the required process.

4. On February 28th 2026 Plaintiff submitted the required request to the designated officials.

5. Plaintiff provided all information, documentation, and confirmations required the applicable rules.

6. The officials responsible acknowledged receipt of 20463 10:49am and on April 13th, 2026 at 10:33 am a second request was made and on April 9th, 2026 delivered to Missouri State Election Committee with certified mail to both Federal Election Commission both simultaneously.

7. After receipt, the responsible official did not perform the mandatory non-discretionary steps required by the governing rules.

8. The responsible officials did not respond to plaintiff's follow- up inquiries within the timeframes ordinary associated with the process described in the case parallel section.

7

4/16/2026

9. **The Plaintiff appeared in person on February 27th, 2026 to request completion of the required step. Plaintiff's in-person appearance.**

**No notice, explanation or alternative procedures was provided to Plaintiff. All actions and omissions described above were taken under color of state law.**

---

## Cause of Action

### Count I- *42 U.S.C. section 1983*
*Missouri Secretary of State, Peter Kinder and his committee did in fact obstruct plaintiff from applying for republican candidate by applying blocks to ballot by not allowing plaintiff to fulfil his mandatory obligation by the March 31th 2026 deadline. They applied unconstitutional fees to block access to process with those fees. A ballot that in 2024 carried Andrew Jones a Christian to run for the 118th congressional First district which is left vacant because plaintiff is of the Islamic Faith.*

### Count II-*FEC interference*
*JURISDICTIONAL STATEMENT*
*This matter is properly before the Federal Election Commission pursuant to the Federal Election Campaign Act of 1971 (FECA), as amended, including 52 U.S.C. section 30107 (a) (1), which authorizes the Commission to receive and investigate complaints alleging violations of federal campaign finance law. The complaint submits this authority as supplement legal support*

8

4/16/2026

*relevant to the Commission's evaluation of barriers that impede access to the federal candidacy process.*

**Count III-***Missouri statutory violation*
*The State's designated agent violated my rights by obstructing the only process the Constitution and statutes required me to use. While the State has allowed unconstitutional fees my only path to ballot is means accessible by paying the fee.  Peter Kinder and his committee obstructed that process.  The gatekeepers defaulted on their non-discretionary obligations.*

**Submitted By:**
**AbduRaqeeb Joseph White aka A J White**
**13122 BrendanWood Dr.**
**314 882-4172**
**whiteabduraqeeb@gmail.com**

9

4/16/2026

# REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court enter judgement in my favor and grant the following relief:

1. A declaratory judgement that Defendant, acting in his official capacity as Chair of the Missouri Republican State Committee, failed to provide Plaintiff access to the mandatory statutory filing-fee process required for candidates seeking federal office.

2. A declaration that Defendant's obstruction rendered the filing-fee requirements unconstitutional as applied to Plaintiff, and an order directing Defendant to treat Plaintiff as having fully satisfied the filing requirements without further payment.

3. An injunction directing Defendant to certify Plaintiff as a qualified Republican candidate for the House of Representatives for Missouri First Congressional District for current election cycle.

4. Such additional equitable relief as the Court deems necessary to restore Plaintiff to the position he would have occupied but for Defendants failure to administer the statutory filing process/

5. An Award of cost of this court cost and any other relief the Court determines is just and proper.

Submitted By:
AbduRaqeeb Joseph White aka A J White
Pro Se Litigant
13122 Brendan Wood Dr.
314 882-4172
whiteabduraqeeb@gmail.com

10

4/16/2026